IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDERICK HERROD, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:22-cv-320-K (BT) |
| | § | |
| DIRECTOR, TDCJ-CID, et al., | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed March 29, 2022, and Petitioner's Objections filed on April 8, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.  Petitioner's Objections are OVERRULED.

It is ORDERED, ADJUDGED, and DECREED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 be TRANSFERRED to the United States Court of Appeals for the Fifth Circuit pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

**SO ORDERED.**

Signed April 12th, 2022.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE